IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR THOMPSON,<br>    Plaintiff, | :<br>:<br>: | |
| v. | : | CIVIL ACTION NO. 25-CV-4510 |
| F.B.I., *et al.*,<br>    Defendants. | :<br>:<br>: | |

## ORDER

AND NOW, this 27th day of October, 2025, upon consideration of Plaintiff Arthur Thompson's Motion to Proceed *In Forma Pauperis* (Doc. No. 15), and *pro se* Amended Complaint (Doc. No. 13) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons stated in the Court's Memorandum.

2. The Motion to Proceed *In Forma Pauperis* is **DENIED AS MOOT**.

3. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**